ALEXIS COQUILLARD
v.
CHARLES POUPARD

1811

#### JOURNAL ENTRIES

1. Discontinuance . . . . . . . . . *Journal, infra,* \*p. 354

236

PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . . . . .
2. Summons and return . . . . . . . . . . . . .

PAPERS IN D. C. FILE
[None]